Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J SPORTS PRODUCTIONS, INC., | Case No. CV 09-4709 CRB |
|---|---|
| Plaintiff, | ORDER |
| vs. | NOTICE OF VOLUNTARY DISMISSAL |
| RAYMOND S. LEE, et al. | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *without prejudice* the following Defendants: **Raymond S. Lee and Gloria Yan Yan Shu, individually and d/b/a Gossip Ultra Lounge**

This Dismissal is made pursuant to FRCP 41 (a)

Respectfully submitted,

Dated: February 11, 2010  /s/ Thomas Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: 2/17/10

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1