1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. CV 09-4709 CRB |
| Plaintiff, | ORDER |
| | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| RAYMOND S. LEE, et al. | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *without prejudice* the following Defendants: **Raymond S. Lee and Gloria Yan Yan Shu, individually and d/b/a Gossip Ultra Lounge**

This Dismissal is made pursuant to FRCP 41 (a)

Respectfully submitted,

Dated:  February 11, 2010         /s/ Thomas Riley
                                  **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                                  By:  Thomas P. Riley, Esquire
                                  Attorneys for Plaintiff
                                  J & J Sports Productions, Inc.

Dated: 2/17/10

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1